IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GLORIA JEAN BURNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-01445 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On December 10, 2018, the magistrate judge issued a Report and Recommendation (DE #21), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on the Administrative Record (Docket No. 18) is GRANTED to the extent that this case shall be REMANDED for further proceedings consistent with the Report and Recommendation, pursuant to 42 U.S.C. § 405(g), sentence four.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 12th day of February 2019.

_____
ALETA A. TRAUGER
U.S. District Judge